AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Sean Shaka Myles, Sr.<br>*Defendant* | ) ) ) ) ) ) ) | Case No.   3:24cr95 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SEAM SHAKA MYLES, SR.                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED.

Date:   06/26/2024
*Issuing officer's signature*

City and state:   Richmond, Virginia
A. Duncan, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
*Arresting officer's signature*

*Printed name and title*